**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00456-CV

## GAREN KEITH WYATT, Appellant

## V.

## TURBO RESTAURANTS, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00019**

## ORDER

Before the Court is appellee's February 15, 2021 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 22, 2021**. We caution appellee that further extension requests will be disfavored.

/s/    CRAIG SMITH
       JUSTICE